IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. FRIEL | : | NO. 02-2657 |
| VS | : | |
| DR. V. GRESSNER;<br>MAINTENANCE DEPARTMENT;<br>DELAWARE COUNTY PRISON;<br>WACKENHUT CORPORATION | :<br><br>: | |

## ENTRY OF APPEARANCE

**TO THE OFFICE OF THE PROTHONOTARY:**

Kindly enter our appearance on behalf of Defendants, "Delaware County Prison," Dr. V. Gessner, "Maintenance Department" and Wackenhut Corrections Corporation, (incorrectly identified as Wackenhut Corporation).

Respectfully submitted,

**DiORIO & SERENI, LLP**

By: _____
**ROBERT M. DiORIO,**
Attorney I.D. #17838
**CHRISTOPHER R. MATTOX,**
Attorney I.D. #65874
Front & Plum Streets
P. O. Box 1789
Media, PA 19063
(610) 565-5700
Attorneys for Defendants
"Delaware County Prison",
Dr. V. Gessner,
"Maintenance Department" and
Wackenhut Corrections Corporation

Dated: October 2, 2002