IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. FRIEL | : | CIVIL ACTION |
| v. | : | |
| DR. V. GRESSNER, et al | : | NO. 02-2657 |

### O R D E R

On October 16, 2002, plaintiff submitted a motion for appointment of counsel. The Court contacted an attorney on the prisoner civil rights panel to contact the plaintiff about accepting appointment for this case. Counsel made several attempts to contact Mr. Friel so that she could obtain sufficient information about his claim. She has received no response to her letters. A copy of that letter is attached.

AND NOW, this ____ day of December, 2002, plaintiff shall report back to the Court, in writing within 30 days, whether he will attempt to secure counsel on his own or proceed pro se in this action. Failure to respond will result in dismissal of this action without prejudice.

THOMAS N. O'NEILL, JR.,   J.