IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. FRIEL | : | CIVIL ACTION |
| v. | : | |
| DR. V. GRESSNER, et al | : | NO. 02-2657 |

## O R D E R

On December 6, 2002, the Court issued an order directing that plaintiff report back to the Court, in writing, whether he will attempt to secure counsel on his own or proceed pro se in this action and warning plaintiff that failure to do so would result in the Court's issuing an order dismissing the action.

The docket reveals that no response to the Order has been filed. Accordingly, it is hereby ORDERED that plaintiff's complaint is dismissed without prejudice.

January 7, 2003

_____   _____
                                                                  THOMAS N. O'NEILL, JR.,    J.